**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**ROBERT EDMUND BROWN,**                                                    **PLAINTIFF**

 **v.**                                    **Case No. 4:21-cv-00824-KGB**

**BOBBY WOOD, *et al*.**                                                    **DEFENDANT**

## ORDER

Plaintiff Robert Edmund Brown brings this action *pro se* (Dkt. No. 2).  Before the Court is Mr. Brown's application to proceed *in forma pauperis* (Dkt. No. 1).  Portions of Mr. Brown's application are incomplete.  For example, Mr. Brown does not state whether he has other income, does not itemize his monthly expenses, and does not state whether he has any debts or financial obligations (*Id*., ¶¶ 3, 6, 8).  Accordingly, Mr. Brown's application to proceed *in forma pauperis* is denied without prejudice, subject to refiling (*Id*.).

Within 30 days of the entry of this Order, Mr. Brown must either:  (1) pay the $402.00 filing fee in full or (2) file a properly completed application to proceed *in forma pauperis* for the Court's review and consideration.  If Mr. Brown does not pay the filing fee or submit a properly completed *in forma pauperis* application within 30 days, this action will be dismissed without prejudice.

It is therefore ordered that:

1.      Mr. Brown must within 30 days of the date of this Order either pay the $402.00 filing fee in full or file a properly completed application to proceed *in forma pauperis* for the Court's review and consideration;

2.      The Court directs the Clerk of Court to send Mr. Brown a new *in forma pauperis* application.

It is so ordered this 21st day of September, 2021.

Kristine G. Baker
United States District Judge