IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ROBERT EDMUND BROWN**  **PLAINTIFF**

v. Case No. 4:21-cv-00824-KGB

**BOBBY WOOD,** *et al.*  **DEFENDANT**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Robert Edmund Brown's fourth amended complaint is dismissed without prejudice (Dkt. No. 16). The relief sought is denied.  The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

So adjudged this 13th day of February, 2023.

*[signature: Kristine G. Baker]*
Kristine G. Baker
United States District Judge